## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**AMOS HICKS**                                                                              **PETITIONER**

**v.**                                                      **CIVIL ACTION NO. 1:25-cv-251-TBM-ASH**

**TIMOTHY BARNES,** *Superintendent*
*of the Central Mississippi Correctional Facility*                              **RESPONDENT**

### FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the

Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

IT IS ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT

PREJUDICE.

SO ORDERED AND ADJUDGED, this the 30th  day of April, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE